No. 886. NATIONAL LABOR RELATIONS BOARD *v.* MATTISON MACHINE WORKS. C. A. 7th Cir. Certiorari granted. *Solicitor General Rankin, Stuart Rothman, Dominick L. Manoli* and *Norton J. Come* for petitioner. *Charles B. Cannon* for respondent.

No. 910. MILANOVICH ET AL. *v.* UNITED STATES. C. A. 4th Cir. Certiorari granted. *Russell T. Bradford* for petitioners. *Solicitor General Rankin* and *Assistant Attorney General Wilkey* for the United States.

No. 917. CARR ET AL. *v.* YOUNG ET AL. Supreme Court of Arkansas. Certiorari granted. *Edwin E. Dunaway* for petitioners.

No. 1005, Misc. CULOMBE *v.* CONNECTICUT. Motion for leave to proceed *in forma pauperis* and petition for writ of certiorari to the Supreme Court of Errors of Connecticut granted. Case transferred to the appellate docket. *Alexander A. Goldfarb* for petitioner. *John D. LaBelle* for respondent.

No. 795. IN RE ESTATE OF CHOJNACKI. Supreme Court of Pennsylvania. Certiorari denied. *Anne X. Alpern,* Attorney General of Pennsylvania, and *John D. Killian III,* Deputy Attorney General, for petitioner. *Solicitor General Rankin, Assistant Attorney General Doub* and *Alan S. Rosenthal* for the United States in opposition.